DC-080
11/99

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(a))
Include brief statement of facts with page references to the moving papers.

USA
v
TUCKER

Docket Number: 04-2667

2005 MAR 18 P 2:01
U.S. DISTRICT COURT
NEW HAVEN, CT

03-CR-133
DRONEY

AUG 6 2004

**MOTION INFORMATION FORM**

Use short title

Motion for (by agreement) to dismiss appeal.

**MOTION BY:** (Name, address and tel. no. of law firm and of attorney in charge of case)
Thomas P. Belsky, Asst. FPD
Federal Defender Office, 2 Whitney Ave
Suite 300, New Haven, CT 06510
(203) 498-4200

Has consent of opposing counsel:
A. been sought?   ☒ Yes ☐ No
B. been obtained?   ☒ Yes ☐ No

Has service been effected?   ☒ Yes ☐ No
Is oral argument desired?   ☐ Yes ☒ No
(Substantive motions only)

Requested return date: _____
(See Second Circuit Rule 27(b).)
Has argument date of appeal been set:
A. by scheduling order?   ☐ Yes ☒ No
B. by firm date/argument notice?   ☐ Yes ☒ No
C. If yes, enter date: _____

**OPPOSING COUNSEL:** (Name, address and tel. no. of law firm and attorney in charge of case)
Robert Spector, Asst. U.S. Attorney
U.S. Attorney's Office, P.O. Box 1824
New Haven, CT 06508 (203) 821-3700

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?   ☐ Yes ☐ No
(See F.R.A.P. Rule 8.)

Any previous request for similar relief made to the 2nd Circuit?   ☐ Yes ☐ No

Would expedited appeal eliminate need for this motion?   ☐ Yes ☐ No
If no, explain why not:

Will the parties agree to maintain the status quo until the motion is heard?   ☐ Yes ☐ No

Judge or agency whose order is being appealed:
Hon. Christopher F. Droney, U.S. District Judge for the District of Connecticut

Brief statement of the relief requested: Agreement to Dismiss Appeal

By: (Signature of Attorney)
and name must be printed beneath.

Thomas P. Belsky

August 5, 2004

Appearing for: (Name of Party)

Appellant or Petitioner:   ☐ Plaintiff ☒ Defendant
Appellee or Respondent:   ☐ Plaintiff ☐ Defendant

── ORDER ──

leave this space blank.

HEREBY ORDERED that the motion be and it hereby is    granted ~~denied~~

8/13/04
Date

AUG 13 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

MANDATE ISSUED: 3-9-05

18

F-1080
11/99

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(a))
Include brief statement of facts with page references to the moving papers.

FILED    2005 MAR 18 P 2:01    U.S. DISTRICT COURT    NEW HAVEN, CT

USA
V
TUCKER

04-2667
Docket Number

CNM

UNITED STATES COURT OF APPEALS FILED AUG 6 2004 Roseann B. Mackechnie SECOND CIRCUIT

**MOTION INFORMATION FORM**

Use short title

Motion for (by agreement) to dismiss appeal.

**MOTION BY:** (Name, address and tel. no. of law firm and of attorney in charge of case)
Thomas P. Belsky, Asst. FPD
Federal Defender Office, 2 Whitney Ave
Suite 300, New Haven, CT 06510
(203) 498-4200

**OPPOSING COUNSEL:** (Name, address and tel. no. of law firm and attorney in charge of case)
Robert Spector, Asst. U.S. Attorney
U.S. Attorney's Office, P.O. Box 1824
New Haven, CT 06508 (203) 821-3700

Has consent of opposing counsel:

A. been sought?  ☒ Yes ☐ No
B. been obtained?  ☒ Yes ☐ No

Has service been effected?  ☒ Yes ☐ No
Is oral argument desired?  ☐ Yes ☒ No
(Substantive motions only)

Requested return date: _____
(See Second Circuit Rule 27(b).)
Has argument date of appeal been set:
A. by scheduling order?  ☐ Yes ☒ No
B. by firm date/argument notice? ☐ Yes ☒ No
C. If yes, enter date: _____

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?  ☐ Yes ☐ No
(See F.R.A.P. Rule 8.)

Any previous request for similar relief made to the 2nd Circuit?  ☐ Yes ☐ No

Would expedited appeal eliminate need for this motion?  ☐ Yes ☐ No
If no, explain why not:

Will the parties agree to maintain the status quo until the motion is heard?  ☐ Yes ☐ No

Judge or agency whose order is being appealed:
Hon. Christopher F. Droney, U.S. District Judge for the District of Connecticut

**Brief statement of the relief requested:** Agreement to Dismiss Appeal

By: (Signature of Attorney)
Signed name must be printed beneath.

Thomas P. Belsky

Date: August 5, 2004

Appearing for: (Name of Party)

Appellant or Petitioner:  ☐ Plaintiff ☒ Defendant
Appellee or Respondent:  ☐ Plaintiff ☐ Defendant

========================================= ORDER =========================================

Kindly leave this space blank.

**BEFORE:**

**IT IS HEREBY ORDERED** that the motion be and it hereby is    granted    ~~denied~~

8/13/04
Date

UNITED STATES COURT OF APPEALS FILED AUG 13 2004 Roseann B. Mackechnie SECOND CIRCUIT

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED ( ) OPINION ( ) STATEMENT ( ) ORDER RECEIVED BY: RETURN TO CIVIL DATE OF COSTS

18