UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :
                                 :
        v.                       :     Criminal No. 3:03 CR 133 (CFD)
                                 :
                                 :
DARRELL TUCKER                   :

## ORDER

The Clerk is ordered to docket the attached letter from the defendant, Darrell Tucker, in the Court's file. The Government is **ORDERED** to file a response to the defendant's letter within thirty days of the date of this order.

The Clerk is ordered to send a copy of this order to the defendant at the Federal Correctional Institution Schuylkill, P.O. Box 759, Minersville, Pennsylvania 17954–0759. The Clerk is also directed to send a copy of this order, together with a copy of the defendant's letter, to Assistant United States Attorney Robert Spector at the Office of the United States Attorney in Hartford, Connecticut.

SO ORDERED this 31st day of August 2005, at Hartford, Connecticut.

                                    CHRISTOPHER F. DRONEY
                                    UNITED STATES DISTRICT JUDGE