03CR133

Dear Judge Droney                                    03CR133 Let

Before I was sentence to 51 months, I Attended Crossroads Drug Program And Competed the 6 month program. I've Also Competed Numeral of achievements throughout other facilitys, Not Only was I told I would get A Downward Departure, But I was told By Thomas Belsky Federal Defender ) And Counselor Steve Ried from Crossroads that my time spent At Crossroads counted tows my Sentence. After I gotten Sentenced I Personally Asked You will my Time Count from Crossroads, You Mentioned that would be up to B.O.P. However B.O.P. Stated that my Sentence Judge Should Have Reccommended that Program time count, I Have tryed my Best to Be A positive person, This is to Painful for me to Bear, I Didn't Recieve A Departure. No one counted the time At Crossroads, that only house inmates, My Mother Died I wasn't able to go to funeral, My father is Dying from Cancer, and My Only Son is in Iraq fighting for this country.

I'm Beggin You Judge Droney to Please Count the 6 months I Did At Crossroads.

My Counselor Name is Steve Ried. At Crossroads New Haven.

I feel Mr Belsky Didn't fully Represent Me.

Over →

Mr. Drooney Please Respond Back Thank you very Much,